# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                               **CASE NO.: 1:05-CR-019-SPM**

**JAMES WEBB,**

    **Defendant.**

_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** comes before the Court upon the "Defendant's Unopposed Motion to Continue Trial" (doc. 13) filed May 23, 2005, in which counsel states that Defendant's acceptance of a pending state plea offer will have an impact on the Government's decision to move forward with the instant case. Defendant requests a 45-day continuance in order to permit resolution of the state charges. The Government is unopposed to the granting of the motion.

The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial. Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Motion to Continue Trial (doc. 13) is *granted*.

2.     Trial is reset for **Tuesday, August 9, 2005** at **8:30 am** at the

Page 2 of 2

United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>twenty-fifth</u> day of May, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao