Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                    **CASE NO.: 1:05-CR-019-SPM**

**JAMES WEBB,**

    **Defendant.**

_____/

## ORDER DISMISSING INDICTMENT

**THIS CAUSE** comes before the Court upon the "Motion to Dismiss" (doc. 15) filed August 2, 2005, in which the Government states that Defendant has already entered a plea of guilty to corresponding state charges.

Pursuant to Federal Rule of Criminal Procedure 48(a), it is

**ORDERED AND ADJUDGED** as follows:

1.     The Motion to Dismiss (doc. 15) is *granted*.

2.     The indictment (doc. 2) is *dismissed*.

3.     If Defendant is in state custody, the United States Marshal is directed to remove any federal detainer.

4.     If Defendant is in federal custody, the United States Marshal is

directed to honor any state detainer currently placed on Defendant.

**DONE AND ORDERED** this <u>fourth</u> day of August, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao